# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2010

140723

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARY A. FERDON,
      Plaintiff-Appellant,

v

                                 SC: 140723
                                 COA: 294562

STERLING PERFORMANCE, INC. and
WEST AMERICAN INSURANCE COMPANY,
      Defendants-Appellees.

WCAC: 09-000068

_____/

      On order of the Court, the application for leave to appeal the March 1, 2010 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). At oral argument, the parties shall address: (1) whether the Workers' Compensation Appellate Commission abused its discretion in dismissing the plaintiff's appeal for her failure initially to submit a 7-page transcript which contained no substantive information; and (2) if the Commission abused its discretion, what less harsh action would have been appropriate? The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2010

0615

                               Clerk